IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JACOB FRANKLIN, | Civil No. 1:10-00382-CL |
| Plaintiff, | **AMENDED POST-JUDGMENT ORDER DIRECTED TO OREGON DEPARTMENT OF PUBLIC SAFETY STANDARDS AND TRAINING** |
| v. | |
| MARTY CLARKE; COLIN FAGAN; MICHAEL S. WINTER; GLENN FORD; TERRY LARSON; and JACKSON COUNTY, OREGON, | |
| Defendants. | |

CLARKE, Magistrate Judge.

This Court entered judgment in part in Plaintiff Jacob Franklin's favor (Docket #227), based upon a jury verdict that Defendant Jackson County unlawfully retaliated against Plaintiff in violation of state law "by continuing the Internal Affairs investigation and completing the Internal Affairs investigation report after Plaintiff's termination was final" because of plaintiff's good faith report that a former Jackson County deputy sheriff violated state law (Docket # 220).

1 - POST-JUDGMENT ORDER

To fully effectuate the jury's verdict and this Court's order awarding equitable relief and its judgment, the Court further orders that the Oregon Department of Public Safety Standards and Training (ODPSST) shall maintain the Internal Affairs Report concerning plaintiff Jacob Franklin that it has in its possession and control as follows:

(1) any and all copies, in whatever format, of the Internal Affairs Report shall be maintained in a separately sealed file (designated as confidential) with this Court Order attached to the sealed file;

(2) the sealed file shall not be unsealed and the documents in the file shall not be disclosed without this Court's order permitting such disclosure; and

(3) the Internal Affairs Report and the information in the Internal Affairs Report shall not be used in any manner in any certification process initiated in the future regarding Jacob Franklin.

Defense counsel for Defendant Jackson County shall, without delay, transmit a copy of this order to the ODPSST.

IT IS SO ORDERED.

DATED this ___9___ day of May 2012.

_____
MARK D. CLARKE
UNITED STATES MAGISTRATE JUDGE

2 - POST-JUDGMENT ORDER